## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DONALD MILES, : No. 117 MM 2017
:
                Petitioner :
:
:
v. :
:
:
COMMONWEALTH OF PENNSYLVANIA, :
:
                Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of September, 2017, the Application for Leave to File Original Process is GRANTED, and the Petition for Review and the Petition for Writ of Supersedeas are DENIED.